**Order entered July 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01459-CV

**STEVEN E. LAU, TRUSTEE OF THE STEVEN E. LAU TRUST, STEVEN E. LAU, INDIVIDUALLY, AND KEN MORRIS, Appellants**

**V.**

**JAMES REEDER AND EDDIE CORBITT, Appellees**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-98-00869-D**

## ORDER

We **GRANT** appellants' July 14, 2015 motion to increase word count limit for appellants' brief and **ORDER** appellants' brief tendered to the Clerk of the Court July 20, 2015 filed as of the date of this order. However, the word limit for the aggregate of all briefs filed by appellant remains 27,000 words. *See* TEX. R. APP. P. 9.4(i)(2)(B).

/s/     CRAIG STODDART
JUSTICE